UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| THE LAMAR COMPANY, L.L.C.,<br><br>                    Plaintiff,<br><br>     v.<br><br>CONTINENTAL CASUALTY COMPANY, a member of the CNA Insurance Companies, and MICHAEL H. RUNYAN,<br><br>                    Defendant. | NO. CV-05-320-FVS<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

THIS MATTER having come on regularly for hearing on the parties' stipulation that all matters in controversy in the above action have been fully settled and compromised and that an Order of Dismissal with Prejudice may be entered, and the Court being fully advised in the premises, it is hereby ORDERED, ADJUDGED, AND DECREED that any and all claims in the above-entitled lawsuit are hereby dismissed with prejudice and without an award of attorney's fees or costs.

**IT IS SO ORDERED.**  The District Court Executive is hereby directed to enter this order, furnish copies to counsel and **CLOSE THE FILE**.

Dated this <u>18th</u> day of March, 2010.

                                        S/Fred Van Sickle
                                        HON. FRED VAN SICKLE
                                        UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE: 1

LUKINS & ANNIS, P.S.

By s/Trevor R. Pincock
EUGENE I. ANNIS
WSBA# 2112
TREVOR R. PINCOCK
WSBA# 36818
Attorneys for Plaintiff
The Lamar Company, LLC

FORSBERG & UMLAUF, P.S.

By  s/Patrick S. Brady
PATRICK S. BRADY
WSBA# 11691
Attorneys for Defendant CNA

ORDER OF DISMISSAL WITH PREJUDICE:  2